Before the Second Division, February 7, 1968

**No. P68/49.**—W. T. Grant Co. *v.* United States, protests 66/22441, etc. (New York).

**No. P68/50.**—William Shaland Corp. et al. *v.* United States, protests 66/80699, etc. (New York).

Rao, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.

**No. P68/51.**—Ohio Radio Mfg. Co. and Harper, Robinson & Co. et al. *v.* United States, protests 61/23098, etc. (San Francisco).

Beckworth, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of meters or ammeters or multitesters similar in all material respects to those the subject of *United States* v. *G.L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

Before the Third Division, February 7, 1968

**No. P68/52.**—United China & Glass Co. *v.* United States, protests 316196–K/14985, etc. (New Orleans).

**No. P68/53.**—National Silver Company *v.* United States, protests 321660–K, etc. (Los Angeles).

Landis, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.